Circuit Court for Baltimore County
CC#03-K-12-005412

IN THE COURT OF APPEALS OF MARYLAND


No.117


September Term, 2013



STATE OF MARYLAND


v.


ANTHONY THOMAS BOOKMAN




Barbera, C.J.
Harrell
Battaglia
Greene
Adkins
McDonald
Watts,

JJ.




PER CURIAM ORDER



Filed: July 21, 2014

```
STATE OF MARYLAND              *     IN THE

                               *     COURT OF APPEALS

        v.                     *     OF MARYLAND

                               *     No. 117

ANTHONY THOMAS BOOKMAN         *     September Term, 2013
```

## PER CURIAM ORDER

The Court having considered and granted the petition for writ of certiorari in the above entitled case, it is this 21st day of July, 2014,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, vacated and the case is remanded to that Court for further consideration in light of Nalls v. State, 437 Md. 674, 89 A.3d 1126 (2014); Melvin v. State, 437 Md. 674, 89 A.3d 1126 (2014); Szwed v. State, 438 Md. 1, 89 A.3d 1143 (2014); and Morgan v. State, 438 Md. 11, 89 A.3d 1149 (2014). Costs in this Court to be paid by the Respondent, and costs in the Court of Special Appeals to abide the result.

                                        /s/Mary Ellen Barbera
                                            Chief Judge